JEFFREY D. GOLDMAN (Bar No. 155589),
JGoldman@jmbm.com
ANDREW I. SHADOFF (Bar No. 272319),
AIS@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendant UMG Recordings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANNIE JAMERSON and MILLICENT VAN DYKE,<br><br>Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV13-02825-MMM (JCx)<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>[Stipulation filed concurrently] |
|---|---|

The Court, having reviewed the Parties' Stipulation and [Proposed] Protective Order Regarding Confidential Information (Docket No. 44; "Protective Order"), and good cause appearing therefor, hereby orders as follows:

1. The Protective Order is entered.

IT IS SO ORDERED.

Dated: February 28, 2014      _____/S/_____
                                                            Hon. Jacqueline Chooljian
                                                            United States Magistrate Judge